AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

20 JUN -1  AM 10: 58

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LOWELL BEGAY | ) | Case No.  CR 19-564 WJ |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

ORIGINAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LOWELL BEGAY
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1112:  Involuntary Manslaughter

Date:   07/25/2019

_____
*Issuing officer's signature*

City and state:   Albuquerque, New Mexico         Mitchell R. Elfers, Clerk of Court
                                                 *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/28/2020, and the person was arrested on *(date)* 05/28/2020 at *(city and state)* Salt Lake City, UT |
| Date: 05/28/2020                    _____ *Arresting officer's signature*  William Arnold  DUSM *Printed name and title* |