# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | CR 19-564 WJ | Date: | 7/27/2020 | Recording Information: | LCR-SIERRA BLANCA |
| --- | --- | --- | --- | --- | --- |
| Clerk: | KRISTIN SOLIS | Type of Hearing: | INITIAL APPEARANCE | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
| --- | --- | --- | --- |
| **LOWELL BEGAY** | **SILVIA DELGADO, AFPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | RYAN ELLISON | Interpreter: | N/A |
| --- | --- | --- | --- |
| Pretrial Officer: | MONICA HOYLE | Court in Session: | 9:19 – 9:23 A.M. (4 MIN) |

| | |
| --- | --- |
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Arraignment/Detention hearing to be set on 7/30/2020 at 9:00 a.m. |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: **ALL PARTIES APPEARED VIA ZOOM.** |