UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## ZOOM SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 19-564 KWR | | USA vs.: BEGAY | |
| Date: 6/15/2021 | | Name of Deft: Lowell Begay | |
| Before the Honorable: | Kea W. Riggs, U.S. District Judge | | |
| Time In/Out: 12:17pm-12:34pm | | Total Time in Court (for JS10): 17 min | |
| Clerk: C. Bevel | | Court Reporter: J. Goehl | |
| AUSA: David Cowan | | Defendant's Counsel: Erlinda Johnson | |
| Sentencing in: Albuquerque | | Interpreter: n/a | |
| Probation Officer: Kelly Borland | | Interpreter Sworn?   Yes    No | |
| Convicted on: **X** Plea    Verdict | | As to:    Information    **X** Indictment | |
| If Plea: **X** Accepted    Not Accepted | | Adjudged/Found Guilty on Counts: Count 1 | |
| If Plea Agreement: **X** Accepted    Not Accepted    No Plea Agreement | | Comments: | |
| Date of Plea/Verdict: 4/16/21 | PSR: **X** Not Disputed    Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: **X** Not Needed    Needed | | Exceptions to PSR: | |

### SENTENCE IMPOSED
| | |
|---|---|
| Imprisonment (BOP): | 384 days or time served, whichever is less |
| Supervised Release: 3 years | Probation: |
| REC   500-Hour Drug Program    BOP Sex Offender Program   Other: | |
| ICE   Court recommends ICE begin removal proceedings immediately or during service of sentence    ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | **X** | Community service for 50 hours during supervised release. |
| **X** | Participate in/successfully complete subst abuse program/testing Testing not to exceed 60 per year | | Reside halfway house   6   months   days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants Testing not to exceed 4 per day | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| **X** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: $ 0 | | Restitution: $ | 1,144.53 Payments of $50 or 15% of his net income |
| SPA: $ 100.00 (100 per count) | | Payment Schedule: **X** Due Immediately   Waived | |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |

| | |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS: | Shaundale Julg victim's son addresses court.<br>Defendant addresses Court. |